# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:11cv322

| | |
|---|---|
| TROY C. GUDGER and wife<br>LINDA GUDGER,<br><br>      Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Notice of Settlement [Doc. 5].

The Court will allow the parties sixty (60) days to file a stipulation of dismissal. In light of the settlement of the case, the Court will not require the parties to conduct an Initial Attorneys' Conference.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within sixty (60) days of the entry of this Order.

**IT IS FURTHER ORDERED** that in light of the settlement of the case, the parties shall not be required to conduct an Initial Attorneys' Conference.

**IT IS SO ORDERED.**

Signed: March 5, 2012

Martin Reidinger
United States District Judge